MIED 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to The First Step Act of 2018   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CLARENCE MYRON HOWARD | ) Case No: | 13-20479 |
| | ) USM No: | 48272-039 |
| Date of Original Judgment: 5/1/2014 | ) | |
| Date of Previous Amended Judgment: _____ | ) Pro Se | |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER THE FIRST STEP ACT OF 2018

Upon motion of  ☑ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court   ☐ stipulation of the parties for a reduction in the term of imprisonment under the provision of Section 404(b) of The First Step Act of 2018, and considering sections 2 and 3 of the Fair Sentencing Act of 2010;

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

The remainder of the original sentence is unchanged.

Defendant Howard is not eligible for relief under sections 404 of the Fair Sentencing Act as his statutory penalties determined a the time of his original sentencing reamin the same today.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: October 14, 2020                         s/Robert H. Cleland
                                                                        *Judge's signature*

Effective Date: _____                              Robert H. Cleland, U.S. District Judge
*(if different from order date)*                        *Printed name and title*